1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF WASHINGTON AT TACOMA

8

9   | Allianz Life Insurance Company of North | Case No. C05-5116FDB |
    | America, | |

10  | | STIPULATION AND ORDER OF |
    |                          Plaintiff, | DISMISSAL, FOR DISTRIBUTION OF |

11  | | FUNDS, AND FOR APPROVAL OF |
    | v. | MINOR SETTLEMENT |

12  | | |
    | Brandon Leon, Elizabeth Leon, Milton | |

13  | Styron, Jr., John Bezosky, Jr., and Mary | |
    | Margaret McKinney f/k/a Mary Margaret | |

14  | Bezosky, | |

15  |                          Defendants. | |
    | John Bezosky, Jr., and Mary Margaret | |

16  | McKinney, f/k/a Mary Margaret Bezosky, , | |

17  |                          Third-Party Plaintiffs, | |

18  | v. | |

19  | Neal K. Miller and The New Millennium | |
    | Group, a New York Entity, | |

20  | | |
    |                          Third-Party Defendants. | |

21

22

23                                **RECITALS**

24      1.      John Spinelli, Sr. purchased an Accumulator 8 annuity, effective March 11,

25  1993, with Policy No. 2448052.   He annuitized the policy choosing the Benefit Deposited

26  with Interest Option over a five-year period with the first payment beginning on November

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
206-622-1711

1    18, 2000. Mr. Spinelli received interest payments of $128.66 each month. The annuitization

2    value on the date of Mr. Spinelli's death was $44,813.78. The lump sum cash value of the

3    annuity on the date of Mr. Spinelli's death was $38,212.28.

4          2.     The original primary beneficiary named on the application was John Spinelli,

5    Jr. In 1994 Mr. Spinelli, Sr., changed the primary beneficiary as follows: 32% to Brandon

6    Leon, his great grandson; 17% to Elizabeth Leon, his granddaughter; 17% to Milton Styron,

7    Jr., his grandson; 17% to John Bezosky, Jr., his nephew, and 17% to Mary Margaret

8

9    Bezosky, n/k/a Mary Margaret McKinney, his niece.

10          3.     John Spinelli, Sr. died on May 4, 2004.

11          4.     After sending out claim forms to the beneficiaries named in November of

12    1994, Allianz Life was notified by John Spinelli Sr.'s agent, Neal Miller, that Mr. Spinelli

13    had executed a handwritten beneficiary change dated October 9, 2000. This handwritten

14    request changed the beneficiary designation to John Bezosky, Jr., and Mary Margaret

15

16    Bezosky, n/k/a Mary McKinney, each receiving 50% of Policy No. 2448052.

17          5.     In October of 2004, Allianz Life notified the interested parties that it would

18    pay the beneficiaries of record unless a formal objection was filed. The beneficiaries were

19    given the option to (1) continue the benefit deposited with interest option until October 18,

20    2005, at which time they will receive their portion of the $44,813.78 accumulation value, (2)

21    select an alternative annuity option settlement, or (3) receive the reduced lump sum cash

22

23    value which totals $38,212.28. John Bezosky, Jr. and Mary Margaret McKinney objected.

24    Thereafter, Allianz Life sent letters to the parties encouraging them to reach an amicable

25    resolution to the situation.

26

STIPULATION AND ORDER OF DISMISSAL, FOR
DISTRIBUTION OF FUNDS, AND FOR APPROVAL
OF MINOR SETTLEMENT Case No. C05-5116FDB
SEA/112928/141501/MAT/346463.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206-622-1711

6. Because the parties failed to reach an amicable resolution, Allianz Life filed this interpleader admitting liability to one or more of the defendants up to the full amount of the policy, subject to their competing claims thereto. Allianz Life is a totally disinterested stakeholder, retaining no interest in the annuity benefits.

7. John Bezosky, Jr., and Mary Margaret McKinney answered and pled counterclaims against Allianz Life for breach of contract, specific performance, and negligence and also pled a third-party negligence claim against Neal Miller and the New Millennium Group. Neither Miller nor the New Millennium Group has appeared, answered or otherwise responded to the third-party claim, or filed a motion for summary judgment.

8. An independent guardian ad litem, J. Alece Cox, was appointed to represent the minor, Brandon Leon. Her report, attached hereto as Exhibit A, finds (a) that there is no allegation that John Spinelli, Sr.'s handwritten October 9, 2000 beneficiary change request was acquired by fraud, undue influence or coercion, or any allegation that the handwriting on the change request was forged, (b) that the policy allows for changes to the beneficiary designation to take effect as of the date signed, even if Mr. Spinelli was deceased as of the date Allianz Life's home office recorded the change, and (c) that Brandon Leon does not want to contest distribution of the annuity. Ms. Cox recommended that the agreement to dismiss this action as to Brandon Leon should be confirmed. No funds will be disbursed to Brandon Leon.

## STIPULATION

The parties and their lawyers being fully advised in this matter, hereby agree and stipulate as follows:

STIPULATION AND ORDER OF DISMISSAL, FOR DISTRIBUTION OF FUNDS, AND FOR APPROVAL OF MINOR SETTLEMENT Case No. C05-5116FDB

SEA/112928/141501/MAT/346463.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206-622-1711

1.      Elizabeth Leon, Brandon Leon, and Milton Styron, Jr., have appeared through counsel, R. S. Wilson, but have not filed an answer or otherwise made claim to the policy proceeds. They agree that any rights they have to bring such claims is forfeited and dismissed with prejudice. No funds shall be disbursed to them or costs assessed against them.

2.      Upon all parties signing this Stipulation, Allianz Life shall pay the proceeds of annuity no. 2448052 to John Bezosky, Jr., and Mary McKinney, each receiving fifty percent (50%).

3.      Each party shall bear its own fees and costs associated with this interpleader.

4.      The guardian ad litem's fees shall be paid by John Bezosky, Jr., and Mary McKinney.

5.      Upon all parties signing this Stipulation, payment of the proceeds of the annuity as set forth above, and filing this Stipulation with the Court, the Court shall dismiss this action, including all claims, counterclaims, and third-party claims, with prejudice.

Dated: _____       _____

Matt Turetsky
Schwabe, Williamson & Wyatt
1420 Fifth Ave.
Seattle, WA 98101-2393
(206) 689-1222
**ATTORNEYS FOR PLAINTIFF
ALLIANZ LIFE INSURANCE COMPANY
OF NORTH AMERICA**

Dated: _____       _____

Rogers S. Wilson, Esq. (WSBA No. 5405)
Attorney at Law
918 North Yakima Avenue
Tacoma, WA 98403
(253) 572-2440
**ATTORNEY FOR DEFENDANTS
BRANDON LEON, ELIZABETH LEON,
MILTON STYRON, JR.**

STIPULATION AND ORDER OF DISMISSAL, FOR
DISTRIBUTION OF FUNDS, AND FOR APPROVAL
OF MINOR SETTLEMENT Case No. C05-5116FDB
SEA/112928/141501/MAT/346463.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206-622-1711

1

2

3

4

5

6

Dated: _____

_____
J. Bradley Buckhalter (WSBA No. 29295)
Gordon, Thomas, Honeywell, Malanca,
Peterson & Daheim, LLP
1201 Pacific Avenue, Ste. 2100
P.O. Box 1157
Tacoma, WA 98401-1157
**ATTORNEY FOR DEFENDANTS
JOHN BEZOSKY, JR., MARY
MARGARET MCKINNEY**

7

8

9

### ORDER

Pursuant to the foregoing stipulation of the parties, the Court hereby orders:

10

1.      The settlement of the claims of the minor Brandon Leon is reasonable.

11

12

2.      The guardian ad litem's fees shall be paid by John Bezosky, Jr., and Mary
McKinney.

13

14

3.      This case shall be dismissed with prejudice, each party bearing its own fees
and costs.

15

16

DATED this 13ᵗʰ day of March 2006.

17

18

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF DISMISSAL, FOR
DISTRIBUTION OF FUNDS, AND FOR APPROVAL
OF MINOR SETTLEMENT Case No. C05-5116FDB
SEA/112928/141501/MAT/346463.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
206-622-1711